DARRELL D. DENNIS, ESQ.
Nevada Bar No. 6618
STEVEN B. ABBOTT, ESQ.
Nevada Bar No. 10303
ADAM J. BREEDEN, ESQ
Nevada Bar No. 8768
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 693-4371
Facsimile: (702)893-3789
E-Mail: darrell.dennis@lewisbrisbois.com
E-Mail: steven.abbott@lewisbrisbois.com
E-Mail: adam.breeden@lewisbrisbois.com
*Attorneys for Plaintiff United Van Lines, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED VAN LINES, LLC, | CASE NO.: 2:14-cv-00258-JCM-PAL |
| Plaintiff, | STIPULATION AND ORDER DISMISSING ALL CLAIMS AND CLOSING CASE |
| vs. | |
| JONATHAN TRUTTER, individual, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the Parties through their undersigned counsel of record that;

First, this matter should be dismissed with prejudice, each party to bear its own fees and costs;

Second, there is no trial setting or hearing date for the Court to vacate;

//

//

//

4838-2988-9312.1

Third, that this stipulation resolves all claims against all parties and, therefore, this matter should be dismissed with prejudice.

Dated this 6th day of Nov. 2014:

/s/ Adam J. Breeden

DARRELL D. DENNIS, ESQ.
Nevada Bar No. 6618
STEVEN B. ABBOTT, ESQ.
Nevada Bar No. 10303
ADAM J. BREEDEN, ESQ
Nevada Bar No. 8768
LEWIS BRISBOIS BISGAARD & SMITH
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 693-4371
Facsimile: (702)893-3789
E-Mail: darrell.dennis@lewisbrisbois.com
E-Mail: steven.abbott@lewisbrisbois.com
E-Mail: adam.breeden@lewisbrisbois.com
*Attorneys for Plaintiff
United Van Lines, LLC*

Dated this 5 day of Nov. 2014:

/s/ Glenn F. Meier

GLENN F. MEIER, ESQ.
Nevada Bar No. 006059
MEIR & FINE, LLC
2300 West Sahara Ave., Sutie 1150
Las Vegas, NV 89102
gmeir@nvbusinesslawyers.com
*Attorneys for Defendant Trutter*

IT IS SO ORDERED

/s/ James C. Mahan
UNITED STATES DISTRICT COURT JUDGE

November 7, 2014
DATE